IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:25-CR-00261-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DASHAWN ALEXANDER POPE,<br><br>Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Continue (Doc. No. 13) ("Motion") trial of this matter from March 2, 2026. Pursuant to 18 U.S.C. § 3161(h)(7)(A), and for the reasons stated in the Motion, the Court finds the ends of justice served by continuance outweigh the interest of the public and Defendant to a speedy trial. Accordingly, the Court **GRANTS** Defendant's Motion to Continue. The Court will also extend the deadline for motions under Rule 12(b)(3), as requested by the Defendant, until March 16, 2026.

**IT IS THEREFORE ORDERED** that trial of this matter be scheduled for the next term of court. The Clerk is directed to certify copies of this Order to Defendant, Counsel for Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**SO ORDERED.**

Signed: February 2, 2026

Kenneth D. Bell
United States District Judge